IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOUBACAR GARBA** | : | CIVIL ACTION NO. 1:13-CV-2497 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **FRESH EXPRESS, INC.** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the court in the captioned action is a September 3, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, upon review of the record and the applicable law, and finding that an enforceable settlement agreement exists to settle this case for $7,000.00, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendant's Motion to Enforce Settlement Agreement (Doc. No. 19) is **GRANTED**.

3) The parties shall show cause on or before October 10, 2014, why this case should not be closed.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated: September 30, 2014.